EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Julio C. Villalona Viera | 2021 TSPR 136<br><br>208 DPR _____ |
|---|---|

Número del Caso:  TS-15,278


Fecha:  20 de septiembre de 2021


Abogada de la parte peticionaria:

   Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio C. Villalona Viera          TS-15,278

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de septiembre de 2021.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía* presentada el 14 de septiembre de 2021, se reinstala al Sr. Julio C. Villalona Viera **únicamente al ejercicio de la abogacía**.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo